# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:11-cr-00121-TWP-MJD |
| DANIEL JOSEPH WARREN, | ) ) | -01 |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 14, 2018, the Magistrate Judge submitted his Report and Recommendation regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision (Dkt. 111). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

Date: 9/11/2018

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Barry D. Glickman
UNITED STATES ATTORNEY'S OFFICE
barry.glickman@usdoj.gov

Dominic David Martin
INDIANA FEDERAL COMMUNITY DEFENDERS
dominic_d_martin@fd.org